

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-16-1994

# Duraco Prod. Inc. v. Joy Plastic Ent.

Precedential or Non-Precedential:

Docket 94-3323

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Duraco Prod. Inc. v. Joy Plastic Ent." (1994). *1994 Decisions.* Paper 222.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/222

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

DURACO PRODUCTS, INC.,

Appellant
v.

JOY PLASTIC ENTERPRISES, LTD.,
d/b/a BACKYARD PRODUCTS;
TRAVIS PRODUCTS, INC.

On Appeal From the United States Court of Appeals
for the Western District of Pennsylvania
(D.C. Civil No. 92-00270E)

Argued: February 17, 1994

Before:  BECKER, HUTCHINSON, and COWEN, Circuit Judges
Opinion Filed: November 15, 1994

JAMES R. KYPER (Argued)
MARK R. LESLIE
Kirkpatrick & Lockhart
1500 Oliver Building
Pittsburgh, PA   15222
        Attorneys for Appellant


CRAIG A. MARKHAM (Argued)
HARRY D. MARTIN
Elderkin, Martin, Kelly, Messina &
Zamboldi
150 East Eighth Street
Box 1819
Erie, PA   16507
        Attorneys  for  Travis  Products,
        Inc., Appellee

JOHN B. FESSLER (Argued)

Marsh, Spaeder, Baur, Spaeder & Schaaf
300 State Street, Suite 300
Erie, PA   16507

W. PATRICK DELANEY
MacDonald, Illig, Jones & Britton
100 State Street, Suite 700
Erie, PA   16507

<u>Attorneys    for    Joy    Plastic
Enterprises,    Ltd.,    d/b/a
Backyard Products, Appellee</u>

_____

**ORDER AMENDING OPINION**
_____

The opinion in the above-captioned case filed November 15, 1994, is amended as follows:

On page 4, in the penultimate line of the first paragraph, delete the "non-" before the word "functionality."

BY THE COURT:

/s/ Edward R. Becker
_____
Circuit Judge

Dated:  December 16, 1994